IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| DANIELLE ANNA SKLUZACEK | Violation: 18 U.S.C. §§ 1503, 1512(i), and 2 |

**Obstruction of Justice**

The Grand Jury Charges:

From in or about January 2022 through December 2022, in the District of North Dakota, and elsewhere,

DANIELLE ANNA SKLUZACEK

did corruptly influence, obstruct, and impede, and endeavor to influence, obstruct, and impede the due administration of justice in United States v. Macalla Lee Knott, et al., currently indicted in the United States District Court for the District of North Dakota, Case Number 3:22-cr-00010, and United States v. Joseph Paul Myers Jr., et al., currently indicted in the United States District Court for the District of North Dakota, Case No. 3:22-cr-00011, specifically by intentionally providing false information to investigators on multiple occasions by overstating or embellishing the role of various participants in the conspiracy that substantially obstructed the due administration of justice.

In violation of Title 18, United States Code, Sections 1503, 1512(i), and 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

CCM/tl

2