Case 3:23-cr-00170-PDW *SEALED*   Document 3   Filed 09/14/23   Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

REC'D USMS-FARGO, ND
'23 SEP 14 AM 9:37

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) |
|---|---|
| v. | ) |
| Danielle Anna SKLUZACEK | ) Case No. 3:23-cr-170 |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Danielle Anna SKLUZACEK

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Obstruction of Justice
Aiding and Abetting

Date:   09/14/2023

/s/ Sarah Cook
*Issuing officer's signature*

City and state:   Fargo, ND

Sarah Cook, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9-14-23, and the person was arrested on *(date)* 9-20-23
at *(city and state)* Fargo, ND

Date:   9-20-2023

*Arresting officer's signature*

SA. Brenden Betzel
*Printed name and title*